IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL DALY | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| RESTORE INTEGRATIVE WELLNESS, LLC | : NO. 23-4035 |

## **O R D E R**

AND NOW, this 9th day of December, 2024, upon consideration of Plaintiff's Motion for Leave to Serve Non-Party Subpoena Via Certified Mail (Doc. 33), and for the reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED that the Motion is DENIED without prejudice.

BY THE COURT:

/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.