IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL DALY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RESTORE INTEGRATIVE | : | |
| WELLNESS, LLC | : | NO. 23-4035 |

**O R D E R**

AND NOW, this 6th day of June 2025, upon consideration of Defendant's Motion for Summary Judgment (Doc. 51), Plaintiff's response (Doc. 52), and the attachments to each, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion for Summary Judgment is DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.